Rose C. Mitchell v. William Manning Barr.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Rose C. Mitchell v. William Manning Barr.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Supplementary Proceedings: Balder Radio Corporation v. Albert A. Kastner.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

William W. Brainard and Another v. Union Smoked Fish Co., Inc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Pauline Kallman Oxenham v. Alfred Julian Oxenham.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Philip K. Houston v. James Bliss Coombs.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of Benjamin Fenster, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Harry A. Vogelstein, an Attorney.— Reference ordered to Hon. William P. Burr, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Harry Rosenbaum, an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Rosalinda Morini, Appellant, v. Otto H. Kahn, Respondent.— Judgment and order reversed, with costs, and motion denied, with ten dollars costs, with leave to the defendant to answer within twenty days from service of order upon payment of said costs, upon the ground that the article complained of is libelous *per se*. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Morris Weinstock, Respondent, v. Philip Rothman, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $100.06, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Louis Wender, Respondent, v. Edward L. Rossiter, Defendant, Impleaded with Max Tanenbaum, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Rose Wender and Louis Wender, Respondents, v. Edward L. Rossiter, Defendant, Impleaded with Max Tanenbaum, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The Travelers Insurance Company, Respondent, v. Edward A. Thompson, Inc., and Others, Appellants. (Action A.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The Travelers Insurance Company, Respondent, v. Edward A. Thompson,